SMART *v.* McKAY and Another.

An action of foreclosure will lie upon a mortgage for interest due upon the notes secured thereby, though no part of the principal is due.

APPEAL from the *Jefferson* Common Pleas.

*Per Curiam.*—Suit to foreclose a mortgage, on default of payment of interest. Demurrer to the complaint overruled. Judgment of foreclosure. One year's interest, but no principal was due. The mortgage states that it is given "to secure the payment, when they severally become due, of seven promissory notes executed by said *Alfred Smart,* and payable to the order of said *Matilda Smart,* each for the sum of $100, and interest payable annually, and bearing even date herewith; the first payable in two years," &c.

The code provides, 2 R. S., § 637, p. 176, that "whenever a complaint is filed for the foreclosure of a mortgage, upon which there shall be due any interest, or installment of the principal," &c. This recognizes the right to foreclose for interest, and we think, on failure to pay interest due, as in this mortgage, a default has occurred. See *Hunt* v. *Harding,* 11 Ind. 245.

The judgment is affirmed, with 1 per cent. damages and costs.

*Jno. A. Hendricks* and *J. R. Cravens,* for the appellant.

*J. Y. Allison* and *H. W. Harrington,* for the appellees.